IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SHANNON DERRELL WILLIAMS,

    Petitioner,

v.                                            Civil Action No. **3:11CV649**

**FERNANDO GALINDO,** *et al.*,

    Respondents.

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Williams's objections (ECF No. 18) are OVERRULED;

2. The Report and Recommendation is ACCEPTED and ADOPTED;

3. The action is DISMISSED AS LEGALLY FRIVOLOUS; and,

4. The Clerk is DIRECTED to note the disposition of the action for purposes of 28 U.S.C. § 1915(g).

Should Williams desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within sixty (60) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Williams.

And it is so ORDERED.

Date: 9-3-13
Richmond, Virginia

/s/
James R. Spencer
United States District Judge